United States District Court
Southern District of Texas
**ENTERED**
August 04, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CRUZ ELENE REYES DE LEON, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-3938 |
| | § | |
| WARDEN, HOUSTON CONTRACT DETENTION FACILITY, *et al.* | § | |
| | § | |
| | § | |
| Respondents. | § | |

**ORDER OF DISMISSAL**

Petitioner Cruz Elene Reyes de Leon filed this habeas petition when detained in the custody of officials with Immigration and Customs Enforcement (ICE). On June 30, 2026, the court ordered the respondents to answer (Dkt. 8). The respondents filed a status update (Dkt. 9) stating that an immigration judge granted the petitioner bond on May 27, 2026, based on evidence of lawful admission with a visa, and she is not in custody.

Because the petitioner is no longer in the respondents' custody, the relief sought by the petitioner is moot. *See Ctr. for Biological Diversity, Inc. v. BP Am. Prod. Co.*, 704 F.3d 413, 425 (5th Cir. 2013); *Rocky v. King*, 900 F.2d 864, 866 (5th Cir. 1990). Therefore, the Court **ORDERS** that this habeas action is **DISMISSED as moot.**

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on August 4, 2026.

George C. Hanks Jr
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE